**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    William Solomon Lewis v. The State of Texas

Appellate case number:    01-13-00458-CR

Trial court case number:   59246

Trial court:                     239th District Court of Brazoria County

       Appellant's Motion to Correct the Court's Interpretation of the Notice of Appeal is DENIED. It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
               Acting individually

Date: January 29, 2014